**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL D. CARR,<br><br>                            Petitioner,<br><br>v.<br><br>NEIL MCDOWELL, et al.,<br><br>                           Respondents. | Case No. 21-cv-900-MMA (MSB)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE;**<br><br>[Doc. No. 22]<br><br>**GRANTING MOTION TO STAY**<br><br>[Doc. No. 16] |

On May 10, 2021, Petitioner Paul D. Carr, a state prisoner proceeding *pro se*, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Doc. No. 1. The Court initially dismissed the action without prejudice because Petitioner failed to satisfy the filing fee requirement and failed to adequately allege exhaustion. *See* Doc. No. 3. On July 12, 2021, the Court granted Petitioner's request to proceed *in forma pauperis*. Doc. No. 8. However, Petitioner did not file a First Amended Petition curing the exhaustion deficiency. Instead, he filed three motions for extension of time to do so, *see* Doc. Nos. 5, 10, 12, which the Court granted, *see* 8, 11, 13. Upon reviewing Petitioner's fourth motion for extension of time, *see* Doc. No. 16, it became clear that Petitioner wished to

proceed with his original Petition. Accordingly, on December 17, 2021, the Court construed the request as a motion to stay pursuant to *Rhines v. Weber*, 544 U.S. 269 (2005), and issued a briefing schedule. *See* Doc. No. 17. Thereafter, Petitioner filed a memorandum of points and authorities in support of his request, *see* Doc. No. 18, and Respondent opposed, *see* Doc. No. 20. The matter was referred to United States Magistrate Judge Michael S. Berg for preparation of a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1). Judge Berg has issued a detailed and well-reasoned report recommending that the Court grant Petitioner's motion for stay and abeyance. *See* Doc. No. 22.

Pursuant to Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1), the Court must "make a *de novo* determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge]." 28 U.S.C. § 636(b)(1); *see also United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). Objections to the Report and Recommendation were due no later than July 25, 2022. *See* Doc. No. 22. To date, no objections have been filed.[1]

Accordingly, the Court finds that Judge Berg has issued an accurate Report and well-reasoned recommendation that the motion for stay and abeyance be granted. Therefore, the Court **ADOPTS** the Report and Recommendation in its entirety, **GRANTS** Petitioner's motion for stay and abeyance, **STAYS** this case pursuant to *Rhines*, and **HOLDS** the action in abeyance while Petitioner exhausts his pending state court habeas claims.

The Court **DIRECTS** Petitioner to file, every 90 days starting with the filing date of this Order, a status report that details Petitioner's progress in the California state courts. Moreover, the Court **DIRECTS** Petitioner to file, within 30 days of a final

---

[1] On July 27, 2022, Petitioner filed a status report, updating the Court on his exhaustive efforts. *See* Doc. No. 23.

decision by the California Supreme Court, a motion requesting that the stay be lifted and that leave to file a First Amended Petition pursuant to 28 U.S.C. § 2254 be granted. Petitioner must include a proposed First Amended Petition with that filing.

The Court further **DIRECTS** the Clerk of Court to administratively close the case until further order of the Court.

**IT IS SO ORDERED**.

Dated: August 8, 2022

HON. MICHAEL M. ANELLO
United States District Judge