# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL D. CARR,<br><br>    Petitioner,<br><br>v.<br><br>NEIL MCDOWELL, et al.,<br><br>    Respondents. | Case No. 21-cv-900-MMA (MSB)<br><br>**ORDER LIFTING STAY**<br><br>[Doc. No. 28] |

   On May 10, 2021, Petitioner Paul D. Carr, a state prisoner proceeding *pro se*, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Doc. No. 1 (the "Petition"). The Court initially dismissed the Petition with leave to amend, *see* Doc. No. 3, and thereafter granted Petitioner's motion to proceed in forma pauperis, *see* Doc. No. 8, and extended Petitioner's deadline to file a First Amended Petition three times, *see* Doc. Nos. 8, 11, 13. On August 8, 2022, the Court stayed this action pursuant to *Rhines v. Weber*, 544 U.S. 269 (2005), to allow Petitioner to exhaust his claims in state court. *See* Doc. Nos. 22, 24. The Court directed Petitioner to file a status report every ninety (90) days, as well as a motion to lift the stay within thirty (30) days of a final decision by the California Supreme Court. Doc. No. 24 at 2.

    Petitioner notified the Court that on October 13, 2022, he mailed a request for ruling to the California Supreme Court, *see* Doc. No. 25, and on November 21, 2022, he filed a notice of change of address, *see* Doc. No. 26.  On December 14, 2022, Petitioner submitted a supplemental document, noting that he inadvertently failed to sign and submit a Page 16 to his First Amended Petition, *see* Doc. No. 27.[1]

    Petitioner has now filed a request for judicial notice, asking the Court to confirm its receipt of his First Amended Petition.  *See* Doc. No. 28.  The Court treats his request as a motion to lift the stay.

    According to the First Amended Petition, attached to Petitioner's request, the California Supreme Court denied Petitioner's state court petition on November 22, 2022.  Doc. No. 28 at 11.  Accordingly, good cause appearing, the Court **LIFTS** the stay and **DIRECTS** the Clerk of Court to reopen this case.  Petitioner's First Amended Petition (Doc. No. 28), along with the supplemental document bearing Petitioner's signature (Doc. No. 27), will be filed as a separate entry on the docket.  The Court **DIRECTS** the Clerk of Court to send Petitioner a copy of his First Amended Petition as filed along with a copy of this Order.

    **IT IS SO ORDERED**.

Dated:  March 16, 2023

                                              HON. MICHAEL M. ANELLO
                                              United States District Judge

---

[1] Plaintiff indicated in his supplemental filing that he mailed a First Amended Petition on December 8, 2022.  *See* Doc. No. 27 at 2.  The Court did not receive Petitioner's First Amended Petition until March 16, 2023, as an attachment to his most recent filing.