

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Paul D. Carr | Civil Action No. 21cv0900-MMA-MMP |
| Plaintiff, | |
| V. | |
| Neil McDowell; Rob Bonta; Jeff Macomber, Secretary | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Petition is DENIED. the Court concludes Carr has not made the required showing, and therefore a certificate of appealability is DENIED.

Date:       3/4/24

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ A. Santiago
              A. Santiago, Deputy